IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY E. SHELLEY,<br>　　　Plaintiff,<br>　v.<br>GEORGE PATRICK, WARDEN,<br>S.C.I. HOUTZDALE, et al.,<br>　　　Defendant | Case No. 3:09-cv-181-MBC-KAP |
| BARRY E. SHELLEY,<br>　　　Plaintiff,<br>　v.<br>JEFFERY MULLEN, et al.,<br>　　　Defendant | Case No. 3:09-cv-182-MBC-KAP |

ORDER

Plaintiff was an inmate at S.C.I. Houtzdale when the complaints in these matters were filed and (because he is absent from the Pennsylvania Department of Corrections inmate locator website) has apparently been released recently. Plaintiff has not submitted a new address. Nevertheless, to proceed with these complaints plaintiff must either pay the filing fee or submit a valid in forma pauperis motion even if he is not longer an inmate.

If plaintiff does not contact the court with a new address and pay the filing fee or submit an in forma pauperis motion within twenty days (August 20, 2009), these matters should be dismissed for failure to prosecute. If plaintiff contacts the Clerk with a new address, the Clerk shall forward a copy of this order to plaintiff.

Treating this procedural order as a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), plaintiff is given

notice at his last address that he has ten days to serve and file written objections to this Report and Recommendation.

DATE: July 31, 2009

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

>Barry Shelley FL-5014
>S.C.I. Houtzdale
>P.O. Box 1000
>Houtzdale, PA 16698-1000